UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at LONDON**

| | | |
|---|---|---|
| ANTHONY JOSEPH POPEJOY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. |
| | ) | 6:20-cv-028-JMH |
| v. | ) | |
| | ) | |
| LAUREL COUNTY | ) | |
| DETENTION CENTER, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Anthony Joseph Popejoy is an inmate at the Laurel County Detention Center in London, Kentucky. Proceeding without a lawyer, Popejoy filed a civil rights complaint with the United States District Court for the Western District of Kentucky. [*See* DE 1]. The Western District then transferred Popejoy's case to this Court, and his complaint is now before the Court on initial screening pursuant to 28 U.S.C. § 1915A.

Popejoy's complaint is a barebones submission in which he lists the Laurel County Detention Center as the only defendant. [*See* DE 1 at 2]. Moreover, Popejoy's only substantive allegations are as follows: "I put in med requests and was refused. I was then shipped to Simson Co. This caused me permanent earloss." [*Id.* at 4]. Finally, Popejoy suggests that he pursued administrative remedies at the prison, and he says that he is seeking $5 million in damages, as well as injunctive relief. [*See id.* at 4, 6].

Ultimately, the Court will dismiss Popejoy's complaint because he has failed to state a claim upon which relief may be granted. That is because the only defendant in this case, the Laurel County Detention Center, is simply a building and not a person or legal entity which may be sued under 42 U.S.C. § 1983. *See Marbry v. Corr. Med. Servs.*, 238 F.3d 422, 2000 WL 1720959, at *2 (6th Cir. 2000) (holding that the Shelby County jail was not subject to suit under § 1983). Plus, even if the Court liberally construes Popejoy's complaint as alleging a claim against Laurel County itself, he is not complaining in any clear way about a county policy or custom, as required to state a claim against the county. *See Thomas v. City of Chattanooga*, 398 F.3d 426, 429 (6th Cir. 2005) (citing *Monell v. New York City Dep't of Soc. Servs.*, 436 U.S. 658, 690 (1978)).

Accordingly, it is **ORDERED** as follows:

1) Popejoy's complaint [DE 1] is **DISMISSED** with prejudice because it fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1).

2) This action is **STRICKEN** from the Court's docket.

3) All pending motions are **DENIED** as moot.

4) The Court will enter a corresponding Judgment.

This 4th day of February, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge